# Court of Appeals
# of the State of Georgia

ATLANTA,  October 08, 2014

*The Court of Appeals hereby passes the following order:*

## A14A2251.  NEWELL v. THE STATE.

The captioned case was docketed in this Court on August 8, 2014.  Under the rules of this Court, Appellant's brief and enumeration of errors were due to be filed no later than August 28, 2014.  Court of Appeals Rule 23 (a).  Appellant did not timely file a brief and enumeration of errors, nor did Appellant timely request that the time for filing be extended.

On September 12, 2014, Appellant filed an untimely motion for out of time filing of appellant brief and enumeration of errors requesting an extension of time in which to file a brief and enumeration of errors until October 20, 2014, 20 days from the date of an order granting an extension, or some other date of the Court's choosing.  As grounds for the motion, Appellant's counsel, who works in the Griffin Judicial Circuit Public Defender's Office, explains that he was on a vacation leave from August 8, 2014 through August 25, 2014, became ill, returned home early to receive medical care, was hospitalized between August 29, 2014 and September 1, 2014, and returned to work for limited hours on September 9, 2014.  Counsel asserts that he first learned the case had been docketed at that time.

While providing that Appellant may for good cause move to extend the time for filing appellant's brief and enumeration of errors, Court of Appeals Rule 23 (a) states that: "Appellant's motion for extension of time to file brief and enumeration of errors must be filed prior to the date the documents are due or the Court may dismiss the appeal."  Appellant does not explain why he did not arrange for someone in his office to monitor this case while he was on vacation leave and to file a brief or timely motion for extension if necessary.  Appellant's untimely motion for out of time filing

of appellant brief and enumeration of error is DENIED, and the appeal in the captioned case is DISMISSED. Court of Appeals Rules 13 and 23 (a). If Appellant has decided not to appeal, no further action is required. However, if Appellant wishes to proceed with the appeal, he may have the right to an OUT-OF-TIME APPEAL provided he exercises that right by moving for an out-of-time appeal in the trial court. If the motion for an out-of-time appeal is granted and Appellant requests another attorney but cannot pay, the trial court is to appoint another attorney to proceed with the appeal. If the trial court denies the motion for an out-of-time appeal, Appellant may appeal that denial to this Court within 30 days of the trial court's decision. *Reese v. State*, 216 Ga. App. 773 (456 SE2d 271) (1995).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 10/08/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*